**E-FILED**
Wednesday, 19 September, 2007  12:50:22 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| THE HEALTH CARE INDUSTRY LIABILITY INSURANCE PROGRAM,  )<br>)<br>**Plaintiff,**  )<br>v.  )<br>)<br>UNITED STATES OF AMERICA and the STATE OF ILLINOIS, ex rel VANESSA ABSHER and LYNDA MITCHELL; MOMENCE MEADOWS NURSING CENTER, INC., and JACOB GRAFF, INDIVIDUALLY,  )<br>)<br>**Defendants.**  ) | Case No.  07-2005 |

## REPORT AND RECOMMENDATION

On September 7, 2007, Plaintiff filed its Amended Complaint for Declaratory Judgment (#27).  On September 10, 2007, Defendant State of Illinois filed Defendants' Combined Motion to Dismiss Amended Complaint and Supporting Memorandum of Law (#28).  On September 13, 2007, Plaintiff filed its response (#29).  The undersigned has reviewed the motion and the response and now recommends pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the motion **(#28)** be **GRANTED** and the amended complaint be dismissed as to Defendant State of Illinois.

The State raised two grounds for dismissal.  First, it argued that the suit is barred by the Eleventh Amendment to the United States Constitution.  In addition, the State argued that the complaint failed to state "a cause of action."

Plaintiff's position is summarized in Paragraph 5 of its response.  Therein, Plaintiff stated, "Through retaining its right to recover in the underlying action and approve any dismissal or settlement, the State of Illinois has consented to suit and effectively waived its immunity

under the Eleventh Amendment." (#29, ¶ 5). This assertion is not supported by argument or authority. This Court is unpersuaded as to the validity of Plaintiff's position.

The Court agrees with the Defendant that it is immune from suit brought in this court. Accordingly, the undersigned recommends pursuant to authority conferred under 28 U.S.C. § 636(b)(1)(B) that Defendants' Combined Motion to Dismiss Amended Complaint and Supporting Memorandum of Law **(#28)** be **GRANTED** and Defendant State of Illinois be dismissed and terminated as a party from this action.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538,539 (7th Cir. 1986).

ENTER this 19th day of September, 2007.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE