**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| THE HEALTH CARE INDUSTRY ) | |
| LIABILITY INSURANCE PROGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-2005 |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| the STATE OF ILLINOIS, ex rel VANESSA ) | |
| ABSHER and LYNDA MITCHELL; ) | |
| MOMENCE MEADOWS NURSING ) | |
| CENTER, INC.; and JACOB GRAFF, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#30) was filed by the Magistrate Judge in the above cause on September 19, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#30) is accepted by this court.

(2) The Motion to Dismiss (#28) filed by the State of Illinois is GRANTED.

(3) The State of Illinois is dismissed and terminated as a party in this action.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 10th day of October, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE