AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 22 February, 2008   01:45:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**THE HEALTH CARE INDUSTRY**
**LIABILITY INSURANCE PROGRAM,**
            **Plaintiff,**

                            vs.                                                    Case Number:   **07-2005**

**UNITED STATES OF AMERICA et al.,**
            **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of HealthCap on its Declaratory Judgment action as far as the duty to defend.  This court therefore dismisses this action, without prejudice, with leave to reinstate after the underlying proceedings have become final and any liability has been determined. This case is terminated.

   **IT IS FURTHER ORDERED AND ADJUDGED** that judgment was entered in favor of Defendant State of Illinois and against the Plaintiff on October 10, 2007.

                            ENTER this 22nd day of February, 2008.


                            s/Pamela E. Robinson, Clerk
                            _____
                            PAMELA E. ROBINSON, CLERK

                            s/S. Johnson, Deputy Clerk
                            _____
                                BY:  DEPUTY CLERK